**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 272 EAL 2018

                          Respondent         :

                                         :    Petition for Allowance of Appeal from

                                         :    the Order of the Superior Court

                 v.                           :

                                         :

TYRONE ABDULL A. HAYNES,            :

                                         :

                      Petitioner           :

## **ORDER**


**PER CURIAM**

      **AND NOW**, this 5th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.